UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:03-cr-251-T-23TGW

RAVEN N. SMITH
_____/

## ORDER

The defendant filed a "Motion Requesting Home Confinement" (Doc. 178). With regard to the place of the defendant's confinement, Title 18 U.S.C § 3621 provides that the Bureau of Prisons, not the district court, shall designate the place for service of a sentence. Also, "home confinement" is not available as an alternative place for service of the confinement imposed on this defendant. The motion is **DENIED**.

ORDERED in Tampa, Florida, on June 24, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE